charged as requested, and we cannot say that the refusal did not prejudice the defendant.

Judgment reversed, and a new trial ordered, with costs to abide the event.

(14 Misc. Rep. 445.)

REILLY v. THIRD AVE. R. CO.

(City Court of New York, General Term. November 26, 1895.)

TRIAL—INSTRUCTIONS.
    An instruction which has no bearing on the case is properly refused, though it embodies a correct proposition of law.

Appeal from trial term.

Action by John Reilly against the Third Avenue Railroad Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before FITZSIMONS and McCARTHY, JJ.

Hoadly, Lauterbach & Johnson, for appellant.
C. S. Carothers, for respondent.

McCARTHY, J. The questions of fact were properly submitted to the jury, and the charge of the trial justice on the law was clear, and, if anything, too favorable to the defendant. There is no rule requiring the trial justice to charge every request asked for by counsel on a given subject of the law. The court is bound only to charge such propositions as are applicable to the facts in the case before it, and therefore has a right to refuse to charge a correct proposition of law when it has no bearing on the case. We do not find any substantial error, and the judgment must be affirmed, with costs.